UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JOHNNY FERNANDO BARROS DAVILA, JOSE SANTOS DELCID CASTELLANOS, LELIS EDGARDO DELCID ORELLANA, LUIS PATRICIO GUAMAN QUISHPI, WUILDER JOSUE DELCID CASTELLANOS, and NELSON BILANDER DELCID ORELLANA, *individually and on behalf of others similarly situated,* | Civil Action No. **1:21-cv-04363**<br><br>**[Proposed Form Of]**<br>**JUDGMENT** |

*Plaintiffs*,

-against-

ALL VISION GENERAL CONSTRUCTION LLC (D/B/A ALL VISION CONSTRUCTION), and GERALDINO GONTIJO FILHO (AKA GINO),

*Defendants.*
-----------------------------------------------------------------X

## JUDGMENT

On May 16, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, JOHNNY FERNANDO BARROS DAVILA, JOSE SANTOS DELCID CASTELLANOS, LELIS EDGARDO DELCID ORELLANA, LUIS PATRICIO GUAMAN QUISHPI, WUILDER JOSUE DELCID CASTELLANOS, and NELSON BILANDER DELCID ORELLANA, have judgment against ALL VISION GENERAL CONSTRUCTION LLC (D/B/A ALL VISION CONSTRUCTION), and GERALDINO

- 2 -

GONTIJO FILHO (AKA GINO), jointly and severally, in the amount of One Hundred and Thirty Thousand Dollars and No Cents ($130,000.00), which is inclusive of attorneys' fees and costs.

Dated:  May 17, 2024

_____
Hon. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE